EL PUEBLO, DEMANDANTE Y APELADO, *v.* MATIENZO, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda, en causa sobre infracción a la Ley de Automóviles.

No. 1437.—Resuelto en diciembre 9, 1919.

AUTOMÓVILES — INFRACCIÓN DE LA LEY — DENUNCIA INSUFICIENTE. — Es insuficiente una denuncia fundada en la sección 12 de la Ley No. 75, aprobada en abril 13 de 1916, cuando en ella no se imputa al acusado la violación de alguna o algunas de las disposiciones concretas contenidas en dicha sección.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. L. Sánchez Vaamonde.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

El apelante fué denunciado por infracción del artículo 12a de la Ley No. 75 de 1916 sobre automóviles, porque en 23 de diciembre del año 1918, como a la 1 P. M., y en el barrio de San Antón del distrito judicial municipal de Carolina, ilegal, maliciosa y voluntariamente guiaba el automóvil No. 2286 sin ejercer el debido cuidado y sin tomar las precauciones razonables para garantizar la seguridad de vidas y propiedades, chocando con el automóvil P356 de la propiedad del denunciante, al que causó varios desperfectos y roturas.

No se ha presentado por el apelante alegato alguno para sostener el recurso y el fiscal solicita la revocación de la sentencia apelada por insuficiencia de la denuncia en la que no se especifica la infracción legal realizada.

La cuestión levantada por el fiscal ha sido considerada anteriormente por esta Corte Suprema en los casos de *El Pueblo* v. *Borque,* 25 D. P. R. 595, *El Pueblo* v. *Rivera,* 26 D. P. R. 439 y *El Pueblo* v. *Salgado,* decidido últimamente en 21 de noviembre próximo pasado, (pág. 881), habiendo llegado a la conclusión en que se funda el fiscal para solicitar la revocación de la sentencia apelada.

Ratificando la jurisprudencia contenida en dichas decisiones es de revocarse la sentencia apelada y absolverse al acusado, con las costas de oficio.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.